IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SOLANO, | No. C 15-05509 BLF (PR) |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO PROVIDE COURT WITH MORE INFORMATION FOR UNSERVED DEFENDANT** |
| v. | |
| K. FLORES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison ("SVSP") in Soledad, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against SVSP officials. On March 3, 2016, the Court issued an order of service upon SVSP Defendants. (Docket No. 6.) On March 17, 2016, Litigation Coordinator G. Lopez sent a letter to the Court indicating that Defendant Capt. K. Allen has never worked at SVSP. (Docket No. 14.) Accordingly, Defendant Capt. K. Allen has not been served.

Although a plaintiff who is incarcerated and proceeding *in forma pauperis* may rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon the appropriate defendant and attempt to remedy any apparent defects of which [he] has knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987). Here, Plaintiff

has not provided sufficient information to allow the Marshal to locate and serve Defendant Capt. K. Allen and therefore Plaintiff must remedy the situation or face dismissal of his claims against this defendant without prejudice. *See Walker v. Sumner*, 14 F.3d 1415, 1421-22 (9th Cir. 1994) (holding prisoner failed to show cause why prison official should not be dismissed under Rule 4(m) where prisoner failed to show he had provided Marshal with sufficient information to effectuate service).

Accordingly, Plaintiff must file a notice providing the Court with an accurate and current addresses for **Defendant Capt. K. Allen** such that the Marshal is able to effect service. If Plaintiff fails to provide the Court with the information requested **within thirty (30) days** of the date this order is filed, Plaintiff's claims against this Defendant will be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: Mar 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge